Mark H. Hutchings, Esq.
Nevada Bar No. 12783
**HUTCHINGS LAW GROUP, LLC**
552 E. Charleston Blvd.
Las Vegas, Nevada 89104
Telephone: (702) 660-7700
Facsimile: (702) 552-5202
MHutchings@HutchingsLawGroup.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TODD DEVOS, an individual<br><br>          Plaintiff,<br><br>     v.<br><br>MUSIC GROUP OF LAS VEGAS, LLC d/b/a MUSIC TRIBE; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>          Defendants. | Case No.   2:20-cv-01581-JCM-EJY |

### STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT'S RESPONSIVE PLEADING
### (FIRST REQUEST)

Pursuant to NRCP 6(b)(1)(A), Defendant Music Tribe Commercial NV Inc. ("Defendant"), and Plaintiff Todd DeVos ("Plaintiff"), by and through their undersigned counsel, hereby stipulate and agree to an extension of time, up to and including Thursday, October 8, 2020, for Defendant to file its responsive pleading to Plaintiff's Complaint, filed August 25, 2020 and served September 10, 2020. This is the parties' first request for an extension of the deadline for Defendant's responsive pleading. The deadline for Defendant's responsive pleading has not yet expired.

Plaintiff's Complaint was filed August 25, 2020, and Defendant's registered agent was served on September 10, 2020. Defendant's responsive pleading is therefore due October 1, 2020, 21 days after service of the Complaint and Summons on Defendant's registered agent. However, Defendant's registered agent failed to timely provide this Complaint and Summons to Defendant's counsel. Plaintiff's counsel has stipulated to an extension of the deadline for filing a responsive pleading.

///

Therefore, the parties agree an extension of time is warranted. This stipulation is not brought for the purposes of delay or any other improper purpose.

DATED this 30th day of September, 2020.   DATED this 30th day of September, 2020

HUTCHINGS LAW GROUP, LLC          HATFIELD & ASSOCIATES, LTD.

*/s/ Mark H. Hutchings*                        */s/ Trevor J. Hatfield, Esq.*
Mark H. Hutchings                              Trevor J. Hatfield, Esq.
552 E. Charleston Blvd.                        703 South Eighth Street
Las Vegas, NV 89104                            Las Vegas, NV 89101
*Attorney for Defendant*                       *Attorney for Plaintiff*

**IT IS SO ORDERED**

Dated this 30th day of September, 2020.

_____
U.S. MAGISTRATE JUDGE