Mark H. Hutchings, Esq.
Nevada Bar No. 12783
**HUTCHINGS LAW GROUP, LLC**
552 E. Charleston Blvd.
Las Vegas, Nevada 89104
Telephone: (702) 660-7700
Facsimile: (702) 552-5202
MHutchings@HutchingsLawGroup.com
*Attorney for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TODD DEVOS, an individual<br><br>  Plaintiff,<br><br>  v.<br><br>MUSIC TRIBE COMMERCIAL NV, INC.; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>  Defendants. | Case No.   2:20-cv-01581-JCM-EJY |

**<u>STIPULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION STATEMENTS AND EARLY NEUTRAL EVALUATION<br>(FIRST REQUEST)</u>**

Defendant's counsel's office requested a continuance of the Early Neutral Evaluation (ENE) from Plaintiff's counsel on November 23, 2020, due to the ongoing pandemic and the issues presented with communicating with the Court and participating in the ENE as scheduled, regarding the latest restrictions as announced on November 22, 2020.   Plaintiff's counsel agrees to continue the ENE.  Therefore, the parties, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On October 8, 2020, the Court entered an Order Scheduling Early Neutral Evaluation, setting a deadline of November 23, 2020 at 12:00 pm to receive the ENE Statements, and scheduling the Evaluation for November 30, 2020 at 10:00 am. ECF 9.

2. This is the first request by the parties to extend the dates as set forth in the October 8, 2020 Order.

3. The parties stipulate and agree to continue the deadline for the Court to receive the ENE Statements and extend the date for the Early Neutral Evaluation for sixty (60) days to allow the parties to coordinate schedules due to issues with the ongoing COVID-19 pandemic and office closures/restrictions.

I. **PROPOSED SCHEDULE**

The parties stipulate and agree that:

1. **Early Neutral Evaluation:** The deadline for the Court to receive the ENE Statements from the parties' counsel shall be continued and rescheduled to be due one week before the rescheduled ENE. The Early Neutral Evaluation shall be extended sixty (60) days from November 30, 2020 to a date in January 2021, at the convenience of the Court.

2. **Dates Available:** The parties agree that the following dates are amenable to both parties as of November 23, 2020: January 14, 2021; January 15, 2021; January 19, 2021; January 21, 2021; and January 26, 2021.

DATED this 23rd day of November, 2020.                DATED this 23rd day of November, 2020

HUTCHINGS LAW GROUP, LLC                              HATFIELD & ASSOCIATES, LTD.

*/s/ Mark H. Hutchings*                               */s/ Trevor J. Hatfield, Esq.*
Mark H. Hutchings                                     Trevor J. Hatfield, Esq.
552 E. Charleston Blvd.                               703 South Eighth Street
Las Vegas, NV 89104                                   Las Vegas, NV 89101
*Attorney for Defendant*                              *Attorney for Plaintiff*

**ORDER**

**IT IS SO ORDERED.** The ENE is hereby reset for Tuesday, January 19, 2021 at 10:00 a.m. via video conference. The confidential briefs are due by **noon** on Tuesday, January 12, 2021. All other provisions of the Court's Order (ECF No. 9) remain in effect.

DATED: November 23, 2020

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I am employed in the County of Clark, State of Nevada. I am over the age of 18 and not a party to the within action. My business address is 552 E. Charleston Blvd., Las Vegas, NV 89104.

On the date set forth below, I served the document(s) described as:

1. **STIPULATION AND ORDER TO EXTEND EARLY NEUTRAL EVALUATION (FIRST REQUEST)**

on the person(s) listed below:

**Trevor J. Hatfield, Esq.**
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, NV 89101
*Attorneys for plaintiff Todd DeVos*

X    (BY ELECTRONIC SERVICE) Pursuant to Local Rule IC 4-1 of the United States District Court for the District of Nevada, I caused the document(s) described above to be transmitted electronically to the addressee(s) as set forth above.

X    (FEDERAL) I declare that I am employed in the office of an attorney admitted to practice in this Court at whose direction the service was made.

Dated: November 23, 2020

/s/ Helen Buenrostro
An employee of HUTCHINGS LAW GROUP