UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TODD DEVOS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MUSIC TRIBE COMMERCIAL NV, INC.; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:20-cv-001581-JCM-EJY<br><br>**ORDER** |

Pending before the Court is Defendant's Fed. R. Civ. Proc. 36(b) Motion to Withdraw and Amend Automatic Admissions. ECF No. 23. No response to this Motion was filed. However, on May 20, 2021 the Court granted the parties' stipulation requesting "the discovery deadline be extended thirty days' time until June 30, 2021, and the Dispositive Motion deadline date be continued from June 7, 2021 to August 9, 2021, for the limited purpose of obtaining written discovery regarding Defendant's untimely Responses to Plaintiff's Admissions after the close of discovery." ECF No. 25.

Based on the parties' stipulation as well as Plaintiff's failure to oppose Defendant's Motion (*see* Local Rule 7-2(d)), the Court finds Defendant's Motion is properly granted.

Accordingly, IT IS HEREBY ORDERED that Defendant's Fed. R. Civ. Proc. 36(b) Motion to Withdraw and Amend Automatic Admissions (ECF No. 23) is GRANTED.

Dated this 25th day of May, 2021

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1