UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TODD DEVOS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MUSIC TRIBE COMMERCIAL NV, INC.; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:20-cv-001581-JCM-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Counsel's Motion to Withdraw as Counsel for Plaintiff (ECF No. 31). No timely response to the Motion was filed. Counsel for Plaintiff establishes there is a conflict warranting his withdrawal. Counsel establishes that he has tried to contact Plaintiff through various means over several weeks, but Plaintiff has not responded. Counsel also establishes that Plaintiff is required to pay certain costs that have not been paid.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Counsel's Motion to Withdraw as Counsel for Plaintiff (ECF No. 31) is GRANTED.

IT IS FURTHER ORDERED that the deadline for Plaintiff to file an amended complaint is extended by approximately 30 days, to September 20, 2021, providing Plaintiff an opportunity to retain new counsel or, if he so chooses, appear *pro se* and timely file the amended complaint permitted by prior order of the Court.

Dated this 18th day of August, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1